**Opinion issued March 24, 2015**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-14-00355-CR**

———————————

**CURCY ANDREW RIDEAU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 182nd District Court**
**Harris County, Texas**
**Trial Court Case No. 1360915**

---

**MEMORANDUM OPINION**

Appellant, Curcy Andrew Rideau, pleaded guilty to the offense of murder without an agreed recommendation as to punishment from the State. An enhancement paragraph was added to the indictment because Rideau was previously convicted of the felony offense of aggravated robbery. The trial court

ordered a pre-sentence investigation. At the conclusion of the pre-sentence investigation, a hearing was held on April 24, 2014 during which the trial court found appellant guilty and sentenced him to confinement for 45 years.

Appellant's counsel on appeal has filed a brief stating that the record presents no reversible error, that the appeal is without merit and is frivolous, and that the appeal must be dismissed or affirmed. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, (1967). The brief meets the requirements of *Anders* by presenting a professional evaluation of the record and detailing why there are no arguable grounds for reversal. *Id.* at 744, 87 S.Ct. at 1400; *see also High v. State*, 573 S.W.2d 807, 810 (Tex. Crim. App. 1978).

Counsel represents that she has served a copy of the brief on appellant. Counsel also advised appellant of his right to examine the appellate record and file a pro se brief. *See Stafford v. State*, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991). More than 30 days have passed, and appellant has not filed a pro se brief. Having reviewed the record and counsel's brief, we agree that the record contains no arguable issues for appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005).

We affirm the judgment of the trial court and grant counsel's motion to withdraw.[1] Attorney Patti Sedita must immediately send the notice required by Texas Rule of Appellate Procedure 6.5(c) and file a copy of that notice with the Clerk of this Court.

We deny as moot any pending motions.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] Appointed counsel still has a duty to inform appellant of the result of this appeal and that he may, on his own, pursue discretionary review in the Texas Court of Criminal Appeals. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005).